IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03404-BNB

SCOTT HILL a/k/a SAMANTHA HILL,

   Plaintiff,

v.

UNITED STATES BUREAU OF PRISONS, a United States agency,
PAUL A. LAIRD, Regional Director, North Central Region, Bureau of Prisons, sued in
   his individual capacity,
CHARLES A. DANIELS, Warden of the United States Penitentiary – Florence, sued in
   his individual capacity,
DR. MARK CARTER, Staff Psychologist at the United States Penitentiary – Florence,
   sued in his individual capacity,
DR. DANIEL SEVERN, Staff Psychiatrist at the United States Penitentiary – Florence,
   sued in his individual capacity,
WILLIAM HUTCHINGS, captain at the United States Penitentiary – Florence, sued in
   his individual capacity,
FIRST NAME UNKNOWN ANTHONY, lieutenant at the United States Penitentiary –
   Florence, sued in his individual capacity,
DIANE BORGES, counselor at the United States Penitentiary – Florence, sued in her
   individual capacity,
RICHARD DERR, unit manager at the United States Penitentiary – Florence, sued in his
   individual capacity,
B. JANUSZ, case manager at the United States Penitentiary – Florence, sued in his/her
   individual capacity,
G. LYDE, unit manager at the United States Penitentiary – Florence, sued in his/her
   individual capacity,
T. JAVERNICK, CMC at the United States Penitentiary – Florence, sued in his/her
   individual capacity,
S. BROWN, special investigative agent at the United States Penitentiary – Florence,
   sued in his/her individual capacity, and
K. JOHNSON, associate warden at the United States Penitentiary – Florence, sued in
   his/her individual capacity,

   Defendants.

---

ORDER DRAWING CASE

---

After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED December 20, 2013, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge