IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-03404-MSK-BNB

SCOTT HILL a/k/a SAMANTHA HILL, an individual,

Plaintiff,

v.

UNITED STATES BUREAU OF PRISONS, a United States agency,
PAUL A. LAIRD, Regional Director, North Central Region, Bureau of Prisons, sued in his individual capacity,
CHARLES A. DANIELS, Warden of the United States Penitentiary - Florence, sued in his individual capacity,
DR. MARK CARTER, Staff Psychologist at the United States Penitentiary - Florence, sued in his individual capacity,
DR. DANIEL SEVERN, Staff Psychiatrist at the United States Penitentiary - Florence, sued in his individual capacity,
WILLIAM HUTCHINGS, captain at the United States Penitentiary - Florence, sued in his individual capacity,
FIRST NAME UNKNOWN ANTHONY, lieutenant at the United States Penitentiary - Florence, sued in his individual capacity,
DIANE BORGES, counselor at the United States Penitentiary - Florence, sued in her individual capacity,
RICHARD DERR, unit manager at the United States Penitentiary - Florence, sued in his individual capacity,
B. JANUSZ, case manager at the United States Penitentiary - Florence, sued in his/her individual capacity,
G. LYDE, unit manager at the United States Penitentiary - Florence, sued in his/er individual capacity,
T. JAVERNICK, CMC at the United States Penitentiary - Florence, sued in his/her individual capacity,
S. BROWN, special investigative agent at the United States Penitentiary - Florence, sued in his/her individual capacity,
K. JOHNSON, associate warden at the United States Penitentiary - Florence, sued in his/her individual capacity, and
MICHAEL K. NALLEY,

Defendants.
_____

# ORDER

This matter arises on the following motions filed by the defendants on July 21, 2014 (the "Motions"):

(1) **Individual Defendants' Motion to Dismiss** [Doc. #44]; and

(2) **The Bureau of Prisons' Partial Motion to Dismiss** [Doc. #45].

The plaintiff filed her initial Complaint on December 17, 2013. In response to the Complaint, the defendants filed the Motions. Thereafter, on September 25, 2014, the plaintiff filed an Amended Complaint [Doc. #57]. The defendants have received an extension of time until November 13, 2014, to answer or otherwise respond to the Amended Complaint. Accordingly,

IT IS ORDERED that the Motions [Docs. ## 44 and 45] are DENIED WITHOUT PREJUDICE as moot.

Dated October 15, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge