IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03404-MSK-BNB

SCOTT HILL a/k/a SAMANTHA HILL, an individual,

Plaintiff,

v.

UNITED STATES BUREAU OF PRISONS, a United States agency,
PAUL A. LAIRD, Regional Director, North Central Region, Bureau of Prisons, sued in his
individual capacity,
CHARLES A. DANIELS, Warden of the United States Penitentiary - Florence, sued in his
individual capacity,
DR. MARK CARTER, Staff Psychologist at the United States Penitentiary - Florence, sued in
his individual capacity,
DR. DANIEL SEVERN, Staff Psychiatrist at the United States Penitentiary - Florence, sued in
his individual capacity,
WILLIAM HUTCHINGS, captain at the United States Penitentiary - Florence, sued in his
individual capacity,
FIRST NAME UNKNOWN ANTHONY, lieutenant at the United States Penitentiary - Florence,
sued in his individual capacity,
DIANE BORGES, counselor at the United States Penitentiary - Florence, sued in her individual
capacity,
RICHARD DERR, unit manager at the United States Penitentiary - Florence, sued in his
individual capacity,
B. JANUSZ, case manager at the United States Penitentiary - Florence, sued in his/her individual
capacity,
G. LYDE, unit manager at the United States Penitentiary - Florence, sued in his/er individual
capacity,
T. JAVERNICK, CMC at the United States Penitentiary - Florence, sued in his/her individual
capacity,
S. BROWN, special investigative agent at the United States Penitentiary - Florence, sued in
his/her individual capacity,
K. JOHNSON, associate warden at the United States Penitentiary - Florence, sued in his/her
individual capacity, and
MICHAEL K. NALLEY,

Defendants.

---

**MINUTE ORDER**

---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

IT IS ORDERED:

(1)     The **Unopposed Motion for Stay and for Extension of Time to Respond to First Amended Complaint** [Doc. # 62, filed 10/27/2014] is GRANTED;

(2)     All proceedings are STAYED to and including January 28, 2015;

(3)     The defendants (other than Michael Nalley, who has not been served) shall respond to the First Amended Complaint on or before February 11, 2015; and

(4)     The parties shall file a status report at the earlier of (i) reaching an agreement to resolve the case or (ii) expiration of the stay addressing the status of the case and the propriety of setting a scheduling conference.

DATED:  October 28, 2014