IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03404-MSK-BNB

SCOTT HILL a/k/a SAMANTHA HILL, an individual,

Plaintiff,

v.

UNITED STATES BUREAU OF PRISONS, a United States agency,
PAUL A. LAIRD, Regional Director, North Central Region, Bureau of Prisons, sued in his individual capacity,
CHARLES A. DANIELS, Warden of the United States Penitentiary - Florence, sued in his individual capacity,
DR. MARK CARTER, Staff Psychologist at the United States Penitentiary - Florence, sued in his individual capacity,
DR. DANIEL SEVERN, Staff Psychiatrist at the United States Penitentiary - Florence, sued in his individual capacity,
WILLIAM HUTCHINGS, captain at the United States Penitentiary - Florence, sued in his individual capacity,
FIRST NAME UNKNOWN ANTHONY, lieutenant at the United States Penitentiary - Florence, sued in his individual capacity,
DIANE BORGES, counselor at the United States Penitentiary - Florence, sued in her individual capacity,
RICHARD DERR, unit manager at the United States Penitentiary - Florence, sued in his individual capacity,
B. JANUSZ, case manager at the United States Penitentiary - Florence, sued in his/her individual capacity,
G. LYDE, unit manager at the United States Penitentiary - Florence, sued in his/er individual capacity,
T. JAVERNICK, CMC at the United States Penitentiary - Florence, sued in his/her individual capacity,
S. BROWN, special investigative agent at the United States Penitentiary - Florence, sued in his/her individual capacity,
K. JOHNSON, associate warden at the United States Penitentiary - Florence, sued in his/her individual capacity, and
MICHAEL K. NALLEY,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

IT IS ORDERED:

(1)     The **Unopposed Motion for Stay and for Extension of Time to Respond to First Amended Complaint** [Doc. # 67, filed 1/28/2015] is GRANTED;

(2)     All proceedings are STAYED to and including March 2, 2015;

(3)     The defendants (other than Michael Nalley, who has not been served) shall respond to the First Amended Complaint on or before March 2, 2015; and

(4)     The parties shall file a status report at the earlier of (i) reaching an agreement to resolve the case or (ii) March 2, 2015.

DATED:  January 29, 2015