IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03404-MSK-NYW

SCOTT HILL,

Plaintiff,

v.

UNITED STATES BUREAU OF PRISONS,
MICHAEL NALLEY,
CHARLES DANIELS,
DR. MARK CARTER,
DR. DANIEL SEVERN,
WILLIAM HUTCHINGS,
LAMONT ANTHONY,
DIANE BORGES,
RICHARD DERR,
BERNIE JANUSZ,
GILBERT LYDE,
TODD JAVERNICK,
STEVE BROWN, and
KEVIN JOHNSON,

Defendants.

___

**MINUTE ORDER**
___

Entered By Magistrate Judge Nina Y. Wang

This matter is before the Court on Defendants' Unopposed Motion for Extension of Time to Respond to First Amended Complaint, or in the Alternative to Amend Docket Number 69. [#73, filed February 25, 2015] (the "Motion"). The matter was referred to this Magistrate Judge pursuant to the Order Referring Case dated January 27, 2014 [#7] and memorandum dated February 25, 2015 [#74].

IT IS ORDERED that the Motion is GRANTED:

(1)   This matter is stayed to and including **April 2, 2015**; and

(2)   Defendants shall respond to the First Amended Complaint on or before **April 2, 2015**.

DATED:  February 26, 2015