IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03404-MSK-NYW

SCOTT HILL,

Plaintiff,

v.

UNITED STATES BUREAU OF PRISONS,
MICHAEL NALLEY,
CHARLES DANIELS,
DR. MARK CARTER,
DR. DANIEL SEVERN,
WILLIAM HUTCHINGS,
LAMONT ANTHONY,
DIANE BORGES,
RICHARD DERR,
BERNIE JANUSZ,
GILBERT LYDE,
TODD JAVERNICK,
STEVE BROWN, and
KEVIN JOHNSON,

Defendants.

_____

**MINUTE ORDER**
_____

Entered By Magistrate Judge Nina Y. Wang

This matter is before the Court on Defendants' Unopposed Motion for An Additional Stay and Extension of Time to Respond to First Amended Complaint (the "Motion"). [#79, filed April 7, 2015].  The matter was referred to this Magistrate Judge pursuant to the Order Referring Case dated January 27, 2014 [#7] and memorandum dated April 8, 2015 [#80].

Based on Defendants' representations that only a few issues remain to be resolved and that those issues will be resolved on or before April 30, 2015,

IT IS ORDERED that the Motion is GRANTED:
1.      This matter is stayed up to and including **April 30, 2015**; and
2.      Defendants shall respond to the First Amended Complaint on or before **April 30, 2015**.

DATED:  April 9, 2015