IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03404-MSK-NYW

SCOTT HILL,

Plaintiff,

v.

UNITED STATES BUREAU OF PRISONS,
MICHAEL NALLEY,
CHARLES DANIELS,
DR. MARK CARTER,
DR. DANIEL SEVERN,
WILLIAM HUTCHINGS,
LAMONT ANTHONY,
DIANE BORGES,
RICHARD DERR,
BERNIE JANUSZ,
GILBERT LYDE,
TODD JAVERNICK,
STEVE BROWN, and
KEVIN JOHNSON,

Defendants.

_____

**MINUTE ORDER**
_____

Entered By Magistrate Judge Nina Y. Wang

This matter is before the Court on the Parties' Joint Motion to Set Deadline to File Dismissal Papers and to Vacate Deadline to Respond to First Amended Complaint ("Joint Motion"). [#82, filed April 29, 2015]. The matter was referred to this Magistrate Judge pursuant to the Order Referring Case dated January 27, 2014 [#7] and memorandum dated April 30, 2015 [#83].

Based on the Parties' representation that they are "very close" to resolving the few remaining issues,

IT IS ORDERED that the Joint Motion is GRANTED IN PART:

1. The Parties shall file dismissal papers on or before **June 1, 2015**;

2. The deadline for Defendants to file an Answer or otherwise respond to the First Amended Complaint is extended up to and including **June 8, 2015**; and

3. A Status Conference is set for **June 12, 2015 at 10:30 a.m.** in Courtroom C-205, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

DATED: May 2, 2015