IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03404-MSK-NYW

SCOTT HILL,

Plaintiff,

v.

UNITED STATES BUREAU OF PRISONS,
MICHAEL NALLEY,
CHARLES DANIELS,
DR. MARK CARTER,
DR. DANIEL SEVERN,
WILLIAM HUTCHINGS,
LAMONT ANTHONY,
DIANE BORGES,
RICHARD DERR,
BERNIE JANUSZ,
GILBERT LYDE,
TODD JAVERNICK,
STEVE BROWN, and
KEVIN JOHNSON,

Defendants.

_____

**MINUTE ORDER**
_____

Entered By Magistrate Judge Nina Y. Wang

This matter is before the Court on Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint ("Motion to Amend"). [#86, filed May 29, 2015]. The matter was referred to this Magistrate Judge pursuant to the Order Referring Case dated January 27, 2014 [#7] and memorandum dated May 29, 2015 [#87].

IT IS ORDERED that the Motion to Amend [#86] is GRANTED:

1. The Clerk of Court is instructed to accept [#86-1] for filing as Plaintiff's Second Amended Complaint; and

2. The Status Conference set for **June 12, 2015 at 10:30 a.m.** shall remain on the court's calendar, to be vacated upon the Parties' filing of a Stipulation to Dismiss this action.

DATED:  June 1, 2015